IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

ANNIE CALDWELL                                                                                          PLAINTIFF

V.                                                                         CIVIL ACTION NO. 1:23-CV-148-SA-RP

WESTERN WORLD INSURANCE COMPANY                                                    DEFENDANT

## ORDER SUBSTITUTING PARTY

This matter is before the court on the parties' joint *ore tenus* motion to substitute Western World Insurance Company for the defendant incorrectly named in the complaint as Western World Insurance Group. The court finds the request is well taken and should be **GRANTED**. Western World Insurance Company is substituted as the defendant in place of Western World Insurance Group. The Clerk of Court is directed to change the style on the docket to reflect the new, properly designated defendant, and the parties are directed to observe this change in future filings.

**SO ORDERED,** this the 13th day of December, 2023.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE