#### IN THE UNITED STATES DISTRICT COURT FOR THE
#### NORTHERN DISTRICT OF MISSISSIPPI
#### ABERDEEN DIVISION

| | |
|---|---|
| **ANNIE CALDWELL,** | |
| **DBA CALDWELL FASHIONS** | **PLAINTIFF** |
| **VS.** | **CAUSE NO.: 1:23-CV-148-SA-RP** |
| **WESTERN WORLD INSURANCE COMPANY** | **DEFENDANT** |

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS MATTER** came before the Court on the joint *ore tenus* Motion of Plaintiff Annie Caldwell, dba Caldwell Fashions and Defendant Western World Insurance Company, seeking to dismiss the above-styled and numbered cause with prejudice, and the Court, being fully advised in the premises, and being further advised that the parties have amicably resolved this matter, finds that the matter should be dismissed with prejudice. It is therefore,

**ORDERED AND ADJUDGED** that the above-styled and numbered cause shall be and is hereby dismissed with full and complete prejudice as to all claims.

**IT IS FURTHER ORDERED AND ADJUDGED** that the parties shall bear their respective costs and attorney's fees.

**SO ORDERED**, this 6th day of February, 2024.

*/s/ Sharion Aycock*
**HONORABLE SHARION AYCOCK**
**U.S. DISTRICT COURT JUDGE**

**AGREED AND APPROVED BY:**


**/s/ Doug Morgan**
R. Douglas Morgan (MSB #100025)
R. Brantley Adams (MSB #105495)
**CARROLL WARREN & PARKER PLLC**
188 East Capitol Street, Suite 1200 (39201)
Post Office Box 1005
Jackson, Mississippi 39215-1005
Tel:    (601) 592-1010
Fax:    (601) 592-6060
Email: dmorgan@cwplaw.com
Email: badams@cwplaw.com

*ATTORNEYS FOR DEFENDANT WESTERN WORLD INSURANCE COMPANY*


**/s/ Jason Webster**
Jason C. Webster (MSB #100920)
**The Webster Law Firm**
6200 Savoy Drive, # 150
Houston, Texas 77036
Tel:    (713) 581-3900
Fax:    (713) 581-3907
Email: filing@thewebsterlawfirm.com

*ATTORNEY FOR PLAINTIFF ANNIE CALDWELL, DBA CALDWELL FASHIONS*